F I L E D
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  KAIPAT_R.mtn

2  LEONARDO M. RAPADAS
   United States Attorney
3  Districts of Guam and the NMI
   MARIVIC P. DAVID
4  Assistant U.S. Attorney
   Sirena Plaza, Suite 500
5  108 Hernan Cortez Avenue
   Hagåtña, Guam  96910
6  TEL:  (671) 472-7332
   FAX:  (671) 472-7215
7
   Attorneys for Plaintiff
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN MARIANA ISLANDS

11

| 12 | UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00032 |
|----|---------------------------|---|-----------------------------|
| 13 | Plaintiff, | ) | |
| 14 | vs. | ) | **UNITED STATES' MOTION TO AMEND JUDGMENT AND ORDER** |
| 15 | ROLAND KAIPAT, | ) | |
| 16 | Defendant. | ) | |

17

18

19     COMES NOW the United States of America, by and through its undersigned counsel, and

20  respectfully motions this Honorable Court for an Amended Judgment of Defendant

21  ROLAND KAIPAT to include the restitution liability be paid jointly and severally with

22  defendant Joey Cabrera Duenas in Criminal Court No. 99-00031 as stated in defendant

23  Joey Cabrera Duenas' judgment.

24  //
25  //
26  //
27  //
28  //

Defendant ROLAND KAIPAT's amended judgment should reflect the restitution liability to be paid jointly and severally with Joey Cabrera Duenas in Criminal Court No. 99-00031.

RESPECTFULLY SUBMITTED this 6th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

**O R D E R**

APPROVED and SO ORDERED this 8TH day of FEBRUARY, 2006.

RECEIVED
FEB - 8 2006
Clerk
District Court
For the Northern Mariana Islands

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
    Mariana Islands

- 2 -