KAIPAT_R.3dep

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00032 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF INTENTION TO TAKE |
| ROLAND KAIPAT, | ) | THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM |
| Defendant. | ) | |

TO:   Nonito Roligat and Marina Kaipat
      P.O. Box XXXXXX
      Saipan, MP 96950

Please take notice that the United States of America, the plaintiff and judgment creditor herein, will on May 20, 2008 take third party oral deposition of Nonito Roligat and Marina Kaipat, in the above styled and number case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure and in aid of collecting its judgment.

Said third party deposition will take place at the offices of the United States Attorney, 3rd Floor, Horiguchi Building, Garapan, Saipan, MP at 2:00 p.m. on May 20, 2008 and will continue until completed. Said deposition will be taken before a Certified Court Reporter and will be taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure.

//

    Notice is hereby further given that at this deposition, Nonito Roligat and Marina Kaipat, are hereby required to produce all documents described in the accompanying Schedule A.

    DATED, this 7th day of March, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI

By:    /s/ Jessica F. Cruz
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        Jessica.F.Cruz@usdoj.gov
        MIKEL W. SCHWAB
        Assistant U.S. Attorney
        mikel.schwab@usdoj.gov

SCHEDULE A TO NOTICE OF INTENT TO TAKE
THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you are joint with Roland Kaipat and owns any interest.

2. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you, joint with Roland Kaipat, have an account of any kind, including but not limited too, time certificate of deposits.

3. All trust agreements in which you, joint with Roland Kaipat, are named settlor, trustee, or beneficiary.

4. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned jointly with Roland Kaipat.

5. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned jointly with Roland Kaipat in which you, joint with Roland Kaipat, have any ownership interest.

6. A listing of all stock, bonds, or other securities of any class you own jointly with Roland Kaipat, including options to purchase any securities and the actual instruments if in your possession.

7. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you, joint with Roland Kaipat, have an account of any kind.

8. Title to any motor vehicle jointly owned with Roland Kaipat.

9. All life insurance policies held by you in which Roland Kaipat is either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, jointly with Roland Kaipat, either now or in the future.

11. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you to Roland Kaipat or jointly with Roland Kaipat, either by gift, sale, or otherwise.

12. All documents evidencing any interest you have with Roland Kaipat in any pension plan, retirement fund, or profit sharing plan.

**Perez, Michelle (USAGU)**

| | |
|---|---|
| From: | ecf-nmid@nmid.uscourts.gov |
| Sent: | Monday, March 10, 2008 4:09 PM |
| To: | ecf-nmid@nmid.uscourts.gov |
| Subject: | Activity in Case 1:99-cr-00032 United States of America v. Duenas Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Northern Mariana Islands

**Notice of Electronic Filing**

The following transaction was entered by Cruz, Jessica on 3/10/2008 at 4:09 PM GMT+10 and filed on 3/10/2008

Case Name:  United States of America v. Duenas
Case Number:  1:99-cr-32
Filer:  United States of America
Document Number: 68

Docket Text:
NOTICE *of Intention to Take Third Party Oral Deposition with Subpoena Duces Tecum (Nonito Roligat and Marina Kaipat)* by United States of America as to Roland Kaipat (Cruz, Jessica)


**1:99-cr-32-2 Notice has been electronically mailed to:**

Jessica F. Cruz    Jessica.F.Cruz@usdoj.gov, marie.chenery@usdoj.gov, Michelle.Perez@usdoj.gov, nikel.schwab@usdoj.gov, usagu.docket@usdoj.gov

Marivic P. David    Marivic.David@usdoj.gov, Michelle.Perez@usdoj.gov

Perry B. Inos    inoslaw@itecnmi.com, perryinos@aol.com

**1:99-cr-32-2 Notice will be delivered by other means to:**

David A Wiseman , Esq
P.O. Box 502607
Saipan, MP 96950

David T Wood
Horiguchi Bldg, 3rd Floor

1

P.O. Box 50377
Saipan, MP 96950

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=3/10/2008] [FileNumber=29082-0]
[6b309362f16a471b6f86d6ec49637a7e4e2b095ad8e8c97d17b67a7be663092b68411
23c7c7898a118f1060d0cd7c62332026fddd3a32333eb0796de3df660e9]]

2